# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _Cg_ D.C.
05 AUG 31 PM 4: 12
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

| | |
|---|---|
| STEVE BRIAN PHERIGO, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| FEDERAL BUREAU OF PRISONS, | CASE NO: 04-3029 Ml/V |
| Defendant. | |

---

### JUDGMENT

---

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Assessing Filing Fee, Order of Dismissal, and Order Certifying Appeal Not Taken in Good Faith, entered August _31_, 2005, this case is DISMISSED WITHOUT PREJUDICE.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Aug 31, 2005
Date

THOMAS M. GOULD
Clerk of Court

/s/ Earline Drayer
(By)  Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9-2-05

5

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:04-CV-03029 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Steven Brian Pherigo
FPC-MILLINGTON
28128-044
P.O. Box 2000
Millington, TN 38083--200

Honorable Jon McCalla
US DISTRICT COURT